# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JERILYN A. LUCAS,

    Plaintiff,

v.                                                                                                                    Case No. 05-C-888

PYRAMAX BANK, FSB,

    Defendant.

# ORDER

The plaintiff having filed a motion to amend the complaint in this action, permitting her to file and serve an amended complaint in the form attached to the motion as "Proposed Amended Complaint," and the defendant not having responded within the time permitted by Civil L.R. 7.1(b),

**IT IS ORDERED THAT** the motion of the plaintiff to file an amended complaint in the form attached to the motion be and hereby is granted and the plaintiff be and hereby is granted leave to serve the amended complaint upon the defendant.

Dated at Milwaukee, Wisconsin, this 12th day of May, 2006.

                                          BY THE COURT:

                                          s/Rudolph T. Randa
                                          HON. RUDOLPH T. RANDA
                                          Chief Judge