# United States District Court

EASTERN DISTRICT OF WISCONSIN

JERILYN A. LUCAS,           JUDGMENT IN A CIVIL CASE

        Plaintiff,

       V.          CASE NUMBER: **05-C-888**

**PYRAMAX BANK, FSB,**

        Defendant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion for summary judgment on plaintiff's allegations:**

   (1)   **that she was demoted and terminated from her employment because of her gender;**
   (2)   **that she was demoted and terminated from her employment in retaliation for filing a complaint of discrimination in violation of Title VII;**
   (3)   **that she was demoted and terminated from her employment in violation of ERISA; and**
   (4)   **that she was terminated for exercising her rights under the FMLA;**

   is GRANTED.

This action is hereby DISMISSED.

| | |
|---|---|
|    April 16, 2007 | JON W. SANFILIPPO |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |